**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JEFFREY D. VELOZ

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.

**COMPLAINT**

Jury Trial: [✔] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | JEFFREY D. VELOZ |
| | Street Address | 80 W 27TH STREET, APT 2 |
| | County, City | HUDSON COUNTY, BAYONNE |
| | State & Zip Code | New Jersey, 07002 |
| | Telephone Number | (201) 737-6054 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Experian Information Solutions, INC
Street Address: P.O. Box 9701
County, City: Collin County, Allen
State & Zip Code: Texas 75013

Defendant No. 2
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions   ☐ Diversity of Citizenship
☐ U.S. Government Plaintiff   ☐ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **New Jersey**

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **The events occured in my city and state of Bayonne, New Jersey**

B. What date and approximate time did the events giving rise to your claim(s) occur? **The events occured throughtout the year starting back in the Month of January on the 5th day of the year 2022.**

C. Facts: *(What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)* **I have attempted to exercise my consumer rights listed under 15 U.S.C. § 1681 to remove the inaccurate and fraudulent information on my consumer report. Defendant has failed to permantely remove the inaccurate account from my consumer report. Defendant at first did in fact remove the account but then reinserted the account onto the consumer report without proper notice. Defendant is in violation of of 15 U.S.C. § 1681i(a)(5)B(iii), because defendant failed to provide proper notice to the consumer of the reinsertion in writing not later than 5 business days after reinsertion. Defendant is also in violation of 15 U.S.C. § 1681i(a)(7), as defendant has failed to provide myself the consumer, a proper description of the procedure used to determine the accuracy and completeness of the information. Throughout this whole ordeal, I have submitted over 20 disputes, via regular mail, certified mail, and through the Consumer Financial Protection Bureau, with no relief. I have also made over 10 phone calls to the defendant's call center that is set up to help dispute the inaccurate information, with no relief. Due to the defendant's actions my credit report was tainted and so my reputation was ruined, and when I purchased a vehicle for my personal transportation, I was subject to an interest rate of 17.74%. I was also denied for multiple job positions, credit cards and loans. Frustrated, distressed, and concerned over the Defendant's actions, I have suffered concrete harm, including but not limited to, emotional distress, aggravation, mental anguish, defamation of character, and pecuniary harm steeming from the highinterest rate of the vehicle loan. Due to the actions of the Defendant, I fell into depression and had many restless nights and have been unable to find employment.**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to the actions of the defendant I suffered mental distress and depression, there were countless days that I could not rest or continue with my day to day activites. It got to the point where I did not leave my house for weeks at a time and had to seek the help of a therapist to overcome the damage that had been done. I needed 3 theraputic sessions to overcome my injuries. The theraputic sessions were $595. I had to use the last bit of the money I had saved in my account to pay for these sessions, due to the fact that I was and still currently unemployed.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking $26,595 in monetary compensation. The amount is the total of the following sums;

- $4,000 for the 4 unauthorized inquires on my consumer report, as defendant is in violation of 15 U.S.C. § 1681n(a)(1)(B).

- $1,000 for the defendant's failure to provide written notice of reinsertion, in violation of 15 U.S.C. § 1681i(a)(5)B(iii)

- $1,000 for the defendant's failure to provide the procedure of reinvestigation as requested, in violation of 15 U.S.C. § 1681i(a)(7)

- $595 for the theraputic sessions I had to pay for, as a result of the defendant's actions.

- $20,000 for the defamation of character by allowing inacurate and unverifiable information on my consumer report, which resulted in high interest rates for my vehicle loan, denial of credit, denial of employment, and the mental distress and depression I suffered and still recovering from as result of the actions of the defendant.

- I am also seeking for the 2 inaccurate accounts on my consumer report to be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of January, 2023.

Signature of Plaintiff _____
Mailing Address  80 W 27th St Apt 2
                 Bayonne, NJ 07002

Telephone Number (201)737-6054
Fax Number *(if you have one)* _____
E-mail Address  jeffdveloz@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____