# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY D. VELOZ,<br><br>      *Plaintiff*,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      *Defendant*. | Civil Action No. 23-271<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

On March 27, 2023, the Court entered an opinion and order granting *pro se* Plaintiff Jeffrey D. Veloz's application to proceed *in forma pauperis* and dismissing his Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), D.E. 1; and it

**APPEARING** that the Court dismissed the Complaint without prejudice and provided Plaintiff thirty (30) days to file an amended pleading that cured the noted deficiencies. The opinion and order further stated that if Plaintiff failed to file an amended pleading within thirty days, the claims would be dismissed with prejudice, *id.*; and it further

**APPEARING** that Plaintiff has not yet filed an amended pleading;

Accordingly, for the reasons set forth above and for good cause shown,

IT IS on this 14th day of June, 2023,

**ORDERED** that the Complaint is **DISMISSED with prejudice**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

                                                                                                                                    */s/ John Michael Vazquez*
                                                                                                                                    John Michael Vazquez, U.S.D.J.